USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 23, 2018

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Harveys GOMEZ,

      Petitioner

v.

Thomas DECKER, in his official capacity as New York Field Office Director for U.S. Immigration and Customs Enforcement; Kirstjen NIELSEN, in her official capacity as Secretary of the U.S. Department of Homeland Security; James MCHENRY, in his official capacity as Director of the Executive Office for Immigration Review; Jefferson B. SESSIONS III in his official capacity as Attorney General of the United States; and the U.S. DEPARTMENT OF HOMELAND SECURITY,

      Respondents

---

Case No.: 1:18-cv-04009-KPF

**ORDER ON PETITIONER'S APPLICATION FOR ORDER TO SHOW CAUSE IN SUPPORT OF AMENDED VERIFIED PETITION FOR WRIT OF HABEAS CORPUS**

Upon consideration of Petitioner's Application for Issuance of Order to Show Cause pursuant to 28 U.S.C. § 2243, the Petitioner for Writ of Habeas Corpus pursuant to Art. 1 § 9, cl. 2 of the United States Constitution, 28 U.S.C. § 2241 (habeas corpus), 28 U.S.C. § 1331 (federal question), and 28 U.S.C. § 1361 (mandamus), IT IS HEREBY ORDERED that:

1.     Respondents shall file a return on the Order to Show Cause why the Amended Verified Petition for a Writ of Habeas Corpus should not be granted by June 13, 2018;

2. Petitioners shall have an opportunity to file a reply by June 20, 2018; This matter shall be heard by this Court on June 27, 2018, at 2:00 p.m., in Courtroom 618;

3. And such other and further relief as the Court may find appropriate;

4. Service of this Order shall be effected by Petitioners on the United States Attorney for the Southern District of New York by 5:00 p.m. on May 25, 2018 and shall constitute good and sufficient service.

**IT IS SO ORDERED.**

May 23, 2018
Dated

_Katherine Polk Failla_
UNITED STATES DISTRICT JUDGE