**Fried, Frank, Harris, Shriver & Jacobson LLP**



One New York Plaza
New York, New York 10004
Tel: +1.212.859.8000
Fax: +1.212.859.4000
www.friedfrank.com

**MEMO ENDORSED**

July 18, 2018

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 18, 2018

*VIA ECF*

Hon. Katherine Polk Failla
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

    Re:    *Gomez v. Decker, et al.*, No. 18 Civ. 4009 (KPF) (KHP)

Dear Judge Failla:

    We write on behalf of petitioner Harveys Gomez, who commenced this habeas corpus proceeding on May 4, 2018. ECF No. 1. Gomez later filed an amended petition. ECF No. 31. After this Court held a pre-motion conference, respondents, on July 13, 2018, moved to dismiss the amended petition or, in the alternative, to transfer the proceeding to the District of New Jersey. *See* ECF Nos. 45-47. Today Gomez filed a memorandum of law in opposition to respondents' above-referenced motion.

    In light of the significant legal issues that respondents' motion raises, Gomez respectfully requests oral argument in accordance with this Court's Individual Rules of Practice in Civil Cases § 4(E). We thank the Court for its consideration of this letter.

                            Respectfully submitted,

                            /s/ Daryl L. Saylor
                            Daryl L. Saylor

cc: All counsel of record (via ECF)

If the Court determines that oral argument would be useful, it will inform the parties.

Dated:     July 18, 2018             SO ORDERED.
           New York, New York

                                     *Katherine Polk Failla* (signature)

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE